# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

NO.   2024 CW 0308

**JULY 1, 2024**

---

In Re:   Scott Sternberg and Sternberg, Naccari & White, L.L.C.,
applying for supervisory writs, 18th Judicial District
Court, Parish of Iberville, No. 79978.

---

**BEFORE:   THERIOT, LANIER, AND GREENE, JJ.**

   **WRIT DENIED.**

                    MRT
                    WIL
                    HG

COURT OF APPEAL, FIRST CIRCUIT

_Dane S. Hill_

DEPUTY CLERK OF COURT
       FOR THE COURT